# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JOHNNY MOORE,
:
    Petitioner,                                    Case No. 1:11-cv-155

:          District Judge William O. Bertelsman
  -vs-                                         Magistrate Judge Michael R. Merz

WARDEN, London Correctional Institution,
:
    Respondent.

## TRANSFER ORDER

With the consent of both of them, the reference in the above-captioned case is transferred from The Honorable Karen L. Litkovitz to The Honorable Michael R. Merz.

February 21, 2012.

                                                              s/ **Michael R. Merz**
                                                              United States Magistrate Judge

J:\Documents\Moore Habeas.wpd