# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JOHNNY MOORE,

    Petitioner,

-vs-

WARDEN, London Correctional Institution,

    Respondent.

Case No. 1:11-cv-155

District Judge William O. Bertelsman
Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 30), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on March 26, 2012, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the Petition herein be, and it hereby is, dismissed with prejudice and Petitioner is denied any requested certificate of appealability. The Court further certifies to the Sixth Circuit Court of Appeals that any appeal from this decision would be objectively frivolous and should therefore not be permitted to proceed *in forma pauperis*.

May 9, 2012.

                                      */s/ William O. Bertelsman*
                                      William O. Bertelsman
                                      United States District Judge