```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

**CIVIL ACTION NO. 1:11cv0155 (WOB-MRM)**

JOHNNY MOORE                                        PLAINTIFF

VS.                          <u>JUDGMENT</u>

WARDEN, London Correctional
Institution                                         DEFENDANT

Pursuant to the Order adopting the Report and Recommendation entered May 9, 2012, and the Court being advised,

**IT IS ORDERED AND ADJUDGED** that the within action is hereby dismissed, with prejudice, and stricken from the docket of this Court.  No Certificate of Appealability shall issue herein.

This 10th day of May, 2012.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge